[No. 18447–4–I.  Division One.  September 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. TYRONE RENE
MILES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03139–0, Richard M. Ishikawa, J.,
entered May 7, 1986. *Affirmed* by unpublished opinion per
Schumacher, J. Pro Tem., concurred in by Scholfield, C.J.,
and Williams, J.

[No. 16775–8–I.  Division One.  September 14, 1987.]

SNOHOMISH COUNTY, *Respondent,* v. VICTOR E. COX, ET AL,
*Defendants,* MIDLAND INSURANCE COMPANY,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82–2–01757–2, Gerald L. Knight, J.,
entered June 13, 1985. *Affirmed in part* and *reversed in
part* by unpublished opinion per Andersen, J. Pro Tem.,
concurred in by Cole and Ellington, JJ. Pro Tem.

[No. 18552–7–I.  Division One.  September 14, 1987.]

BUZZ'S LANDING, INC., *Appellant,* v. RAYMOND PERE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island
County, No. 86–2–00143–8, Richard L. Pitt, J., entered May
8, 1986. *Affirmed* by unpublished opinion per Schultheis, J.
Pro Tem., concurred in by Cole and Dore, JJ. Pro Tem.